IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30346
Summary Calendar
_____


LEDIA BROUSSARD,

                                        Plaintiff-Appellant,


versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-305
- - - - - - - - - -
December 31, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Ledia Broussard appeals from the district court's judgment
affirming the denial of his application for supplemental security
income.  He argues that substantial evidence did not exist to
support the finding that his physical impairment was not severe
and that he is not disabled.  He also argues that the
administrative law judge failed to assess properly his ability to

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

perform jobs cited by the vocational expert.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the magistrate judge and adopted by the district court.

AFFIRMED.